United States District Court
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7                                SAN JOSE DIVISION
8   ALEX BARAJAS,                        )  Case No.: 10-CV-2974-LHK
                                         )
9            Petitioner,                 )
                                         )
10       v.                              )  ORDER REQUESTING FURTHER
                                         )  BRIEFING
11  GREG LEWIS,                          )
                                         )
12            Respondent.                )
                                         )
13  _____)
14
15          The parties are hereby requested to provide further briefing on whether, if the Court were to
16  find that the relevant "kill zone" jury instruction, CALCRIM No. 600, was unconstitutional, such
17  constitutional error "'had a substantial and injurious effect or influence in determining the jury's
18  verdict.'"  *Fry v. Pliler,* 551 U.S. 112, 116, 122 (2007) (quoting *Brecht v. Abrahamson*, 507 U.S.
19  619, 638 (1993)).
20          Petitioner shall file a brief, not to exceed 5 pages, by March 1, 2012.
21          Respondent shall file an opposition, not to exceed 5 pages, by March 15, 2012.
22          Petitioner shall file a reply, not to exceed 3 pages, by March 22, 2012.
23  **IT IS SO ORDERED.**
24  Dated: January 27, 2011                        _Lucy H. Koh_
25                                                 LUCY H. KOH
26                                                 United States District Judge
27
28
                                              1