UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEX BARAJAS,<br><br>    Petitioner,<br><br>v.<br><br>GREG LEWIS,<br><br>    Respondent. | Case No.: 10-CV-2974-LHK<br><br>ORDER REQUESTING FURTHER BRIEFING |

The parties are hereby requested to provide further briefing on whether, if the Court were to find that the relevant "kill zone" jury instruction, CALCRIM No. 600, was unconstitutional, such constitutional error "'had a substantial and injurious effect or influence in determining the jury's verdict.'" *Fry v. Pliler,* 551 U.S. 112, 116, 122 (2007) (quoting *Brecht v. Abrahamson*, 507 U.S. 619, 638 (1993)).

Petitioner shall file a brief, not to exceed 5 pages, by March 1, 2012.

Respondent shall file an opposition, not to exceed 5 pages, by March 15, 2012.

Petitioner shall file a reply, not to exceed 3 pages, by March 22, 2012.

**IT IS SO ORDERED.**

Dated: January 27, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-2974-LHK
ORDER REQUESTING FURTHER BRIEFING