Robert J. Beles Bar No. 41993
Paul G. McCarthy Bar No. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Petitioner, ALEX BARAJAS

# United States District Court
## Northern District of California

| | |
|---|---|
| ALEX BARAJAS,<br><br>      Petitioner,<br>  vs.<br><br>GREG LEWIS, Warden, Pelican Bay State Prison, California,<br><br>      Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Real Party in Interest. | No. **5:10-CV-02974-LHK**<br><br>(PROPOSED) ORDER GRANTING EXTENSION OF TIME TO FILE PETITIONER'S SUPPLEMENTAL BRIEF AND RESET BRIEFING SCHEDULE |

(PROPOSED) ORDER GRANTING EXTENSION OF
TIME TO FILE SUPPLEMENTAL BRIEF AND RESET BRIEFING SCHEDULE

Good cause appearing, this court grants petitioner a 32-day extension of time to file the supplemental brief from March 1, 2012, to and including April 2, 2012, and orders the briefing schedule from this Court's previous order issued on January 27, 2012, to be reset as follows:

Prior Briefing Schedule as Ordered January 27, 2012

March 1, 2012, Petitioner's Supplemental Brief.

March 15, 2012, Respondent's Supplemental Response Brief.

March 22, 2012, Petitioner's Supplemental Reply Brief.

IS NOW VACATED, AND RESET AS FOLLOWS:

New Briefing Schedule

April 2, 2012, Petitioner's Supplemental Brief.

April 16, 2012, Respondent's Supplemental Response Brief.

April 23, 2012, Petitioner's Supplemental Reply Brief.

Dated: February 28, 2012

*Lucy H. Koh*
Lucy H. Koh
District Court Judge